**2008–0311.   Dennie v. Hurst Constr., Inc.**
Lorain App. No. 06CA009055, 2007-Ohio-7038. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellants' application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## CASE ANNOUNCEMENTS

*February 27, 2008*

[Cite as *02/27/2008 Case Announcements,* 2008-Ohio-785.]

## MOTION AND PROCEDURAL RULINGS

**2003–1572.   State ex rel. Howard v. Indus. Comm.**
Franklin App. No. 97AP–860. On September 24, 2004, this court found appellant Gregory T. Howard to be a vexatious litigator under S.Ct.Prac.R. XIV(5)(B). This court further ordered that appellant was prohibited from continuing or instituting legal proceedings in the court without obtaining leave. On February 20, 2008, Howard filed a motion for leave to declare the acts of the Franklin County Court of Common Pleas et al. regarding vexatious litigators to be unconstitutional etc.

It is ordered by the court that the motion is denied.

**2007–0755.   State v. Maxwell.**
Cuyahoga C.P. No. CR475400. This cause is pending before the court as a death penalty appeal from the Court of Common Pleas for Cuyahoga County. Upon consideration of appellant's motion for stay of briefing schedule,

It is ordered by the court that the motion is denied.

**2008–0403.   Safeco Ins. Co. of Am. v. Fed. Ins. Co.**
Hamilton App. No. C–070074, 2007-Ohio-7068. This cause is pending before the court as a certified conflict from the Court of Appeals for Hamilton County. Upon consideration of appellant's motion to seal record and pleadings on appeal,

It is ordered by the court that the motion is granted.

## MISCELLANEOUS DISMISSALS